IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Robinson, Larry | Case Number: 04 B 43612 |
|---|---|---|
| | Robinson, Shirley | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 11/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: January 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,200.00 | |
| Secured: | | 15,518.10 |
| Unsecured: | | 4,253.96 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 1,082.61 |
| Other Funds: | | 1,145.33 |
| Totals: | 23,200.00 | 23,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lavelle Legal Services Ltd | Administrative | 1,200.00 | 1,200.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 7,603.56 | 610.54 |
| 3. | Bank One | Secured | 14,823.60 | 14,823.60 |
| 4. | Harlem Furniture | Secured | 1,182.04 | 83.96 |
| 5. | Bank One | Unsecured | 21.40 | 34.46 |
| 6. | Providian National Bank | Unsecured | 1,051.13 | 1,693.14 |
| 7. | Resurgent Capital Services | Unsecured | 92.03 | 148.25 |
| 8. | Providian National Bank | Unsecured | 764.24 | 1,231.02 |
| 9. | Resurgent Capital Services | Unsecured | 137.02 | 220.70 |
| 10. | RoundUp Funding LLC | Unsecured | 151.24 | 243.61 |
| 11. | RoundUp Funding LLC | Unsecured | 135.99 | 219.05 |
| 12. | Little Company Of Mary Hospital | Unsecured | 133.08 | 214.37 |
| 13. | RoundUp Funding LLC | Unsecured | 154.81 | 249.36 |
| 14. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 15. | Direct Merchants Bank | Secured | | No Claim Filed |
| 16. | Capital One | Secured | | No Claim Filed |
| 17. | City Of Chicago | Priority | | No Claim Filed |
| 18. | Village of Oak Lawn | Priority | | No Claim Filed |
| 19. | Blair Corporation | Unsecured | | No Claim Filed |
| 20. | First Premier | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Associates Bank | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Robinson, Larry | Case Number: 04 B 43612 |
|---|---|---|
| | Robinson, Shirley | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 11/24/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 27. | Crossing Pointe | Unsecured | | No Claim Filed |
| 28. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 29. | Advocate Health Care | Unsecured | | No Claim Filed |
| 30. | GECS/Lundstrom | Unsecured | | No Claim Filed |
| 31. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 32. | Midnight Velvet | Unsecured | | No Claim Filed |
| 33. | Midamerica Ctrs For Ortho | Unsecured | | No Claim Filed |
| 34. | Medical Collections | Unsecured | | No Claim Filed |
| 35. | Midwest Pathology | Unsecured | | No Claim Filed |
| 36. | Verizon Wireless | Unsecured | | No Claim Filed |
| 37. | Spiegel | Unsecured | | No Claim Filed |
| 38. | CB USA | Unsecured | | No Claim Filed |
| 39. | Our Weedends | Unsecured | | No Claim Filed |
| 40. | Household Bank FSB | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,450.14 | $ 20,972.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 103.06 |
| 4% | 61.10 |
| 3% | 111.80 |
| 5.5% | 408.95 |
| 4.8% | 179.27 |
| 5.4% | 218.43 |
| | _____ |
| | $ 1,082.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____